DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

BRANDON XAVIER GREEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2601

_____

January 28, 2026

Appeal from the Circuit Court for Pinellas County; Pat Edward Siracusa, Jr., Judge.

Blair Allen, Public Defender, and Kevin Briggs, Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Allison C. Heim, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

KELLY, VILLANTI, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.